UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 5:05-mj-65 TAG

vs.

**ORDER TO PAY**
Judgment

Korey M. Tillman

~~SOCIAL SECURITY #:~~ _____
~~DATE OF BIRTH:~~ _____
~~DRIVER'S LICENSE #:~~ _____
~~ADDRESS:~~ Kern County _____

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _____          _____
                           DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ / CASE NO: 5:05-mj-65 TAG   FINE 100.00   ASGMT. 5.00
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

(✓) **FINE TOTAL** of $ 100.00 and a penalty assessment of $ 5.00 within 30 (days)/~~months~~ or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____
(✓) Ct one dismissed.

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and ~~mailed to~~ (circle one):

~~CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982~~

~~CLERK, USDC
501 "I" St. #4200
Sacramento, CA 95814~~

(CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721)

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 11/7/05          _____
                       U.S. MAGISTRATE JUDGE

Clerk's Office                                          EDCA - 03 Rev 8/97